**Affirmed as Modified and Memorandum Opinion filed July 11, 2019**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00284-CR

---

## CHARLES HARDAWAY, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 403rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-15-203546**

---

## M E M O R A N D U M   O P I N I O N

Charles Hardaway appeals the judgment revoking his community supervision. *See* Tex. Code Crim. Proc. Ann. art. 42A.755(e). Appellant's appointed counsel filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

However, the judgment revoking community supervision, signed February 22, 2018, contains a clerical error. That judgment incorrectly states appellant pleaded "true" to the motion to revoke. The record reflects appellant pleaded "not true" to the motion to revoke. We are not required to abate an *Anders* appeal for appointment of new counsel if the judgment can be modified. *See Ferguson v. State*, 435 S.W.3d 291, 295 (Tex. App.—Waco 2014, no pet.); *Bray v. State*, 179 S.W.3d 725, 730 (Tex. App.—Fort Worth 2005, no pet.).

Therefore, we modify the judgment as follows: the "Plea to Motion to Revoke" is "NOT TRUE."

The trial court's judgment is affirmed as modified.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).